Certificate Number: 17572-PAE-DE-034478791

Bankruptcy Case Number: 15-17770



17572-PAE-DE-034478791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2020, at 5:49 o'clock PM PDT, Viliphont Phetmoukda completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 20, 2020

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor