## UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### PHILADELPHIA DIVISON

In the Matter of:                                Case No. 15-17770

Viliphont Phetmoukda

### NOTICE OF CHANGE OF ADDRESS
### CHECK ONLY ONE

| | |
|---|---|
| ☐ | **Debtor's Change of Address** |
| ✔ | **Creditor's Change of Address** |

NAME:                       Atlas Acquisitions LLC

OLD MAILING ADDRESS:        294 Union St.

                            Hackensack, NJ 07601


NEW MAILING ADDRESS:        492C Cedar Lane, Ste 442

                            Teaneck, NJ 07666


Dated: October 20, 2020      /s/Avi Schild
                             Signature

REQUESTOR'S NAME:           Avi Schild

ADDRESS:                    492C Cedar Lane, Ste 442

                            Teaneck, NJ 07666

TELEPHONE NO.:              888.762.9889

                            bk@atlasacq.com