UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Viliphant Phetmoukda** | : No. 1-17770 -MDC |
| **Debtor** | : |
| | : **Chapter 13** |
| | : |

<u>Praecipe to change Debtor's Address</u>

To The Clerk:

Kindly change Debtor's mailing address to:

226 W 5th Street

Lansdale, PA 19446.

By:   /S/Michael P. Kelly
      402 Middletown Blvd.
      Suite 202
      Langhorne, Pa. 19047
      215-741-1100
      mpk@cowanandkelly.com