United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Viliphont Phetmoukda  
    Debtor

Case No. 15-17770-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 18, 2021      Form ID: 138NEW      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Viliphont Phetmoukda, 226 W. 5th Street, Lansdale, PA 19446-2206 |
| 13623413 | | Banfield Hospital, c/o IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 13656736 | + | HSBC, Williamson and Brown, LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13705874 | + | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |
| 13633864 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 2958, Torrance, CA 90509-2958 |
| 13623415 | | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 13623416 | + | Toyota Motor Credit Corp, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13648547 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | May 19 2021 01:49:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 13642498 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 19 2021 01:49:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 13637127 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 19 2021 01:49:00 | Americredit Financial Services, Inc., PO Box 183853, Arlington TX 76096 |
| 13652163 | | Email/Text: bnc@atlasacq.com | May 19 2021 01:49:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13665970 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 01:55:09 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13623414 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 19 2021 01:49:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |

TOTAL: 9

# BYPASSED RECIPIENTS

Case 15-17770-mdc Doc 57 Filed 05/20/21 Entered 05/21/21 00:56:34 Desc Imaged
Certificate of Notice Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 17 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13633862 | * | Banfield Hospital, c/o IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 13633863 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEREMY JOHN KOBESKI | on behalf of Creditor Toyota Motor Credit Corporation jkobeski@grenenbirsic.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Toyota Motor Credit Corporation wbecf@brockandscott.com wbecf@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Viliphont Phetmoukda mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Viliphont Phetmoukda
      Debtor(s)

Bankruptcy No: 15−17770−mdc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 5/18/21

56 − 55
Form 138_new